## MERRILL *vs.* CROCKET.

This court, in the exercise of its general power to grant reviews in all cases, will not sustain an application for the review of an action in a justice's court, where the party grieved may have redress in the court of Common Pleas.

THIS was a petition for the review of an action in a justice's court, in which the petitioner alleged that he had discovered new and material evidence. On a hearing of the merits, it appeared that the newly discovered evidence was merely cumulative ; but THE COURT, in addition to this objection, observed that the petition would not be sustained here on any ground, inasmuch as it was clearly within the jurisdiction of the court of Common Pleas, to which tribunal it seemed to be the intent of the legislature that applications of this sort should be preferred.